UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>QANTAS AIRWAYS LIMITED, et al.,<br><br>Defendants. | Case No. 16-cv-07174-TEH<br><br>**ORDER RE: DEFENDANT'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |

The Court is in receipt of Defendant Qantas Airways Limited's "supplemental case management statement" filed on April 25, 2017 (ECF No. 30). In that statement, Qantas reports that the cargo and packaging that is the subject of Plaintiff's claim are not available for Qantas's inspection because they have been discarded. Qantas then asks the Court to "dismiss Plaintiff's Complaint against Qantas in its entirety with prejudice, enter an evidentiary sanction against Plaintiff to the effect that the alleged damage to the cargo was due to the defective packaging of the cargo by a person other than Qantas or its servants or agents, or order such other and further relief as the Court may deem just and proper." ECF No. 30 at 3.

A "supplemental case management statement" is an improper vehicle to request such relief. If Qantas seeks dismissal and/or an evidentiary sanction, it may file an appropriate motion, filed and noticed in accordance with Civil Local Rule 7-2. Any such motion must be filed before the January 8, 2018 deadline to file dispositive motions.

**IT IS SO ORDERED.**

Dated: 04/26/17

THELTON E. HENDERSON
United States District Judge